# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOSH RAM,<br><br>       Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>       Respondent. | Case No. 1:21-cv-01520-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S MOTION TO COMPEL AND MOTION FOR DEPOSITION |

Petitioner Santosh Ram is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The undersigned previously issued findings and recommendation recommending that Respondent's motion to dismiss (based on exhaustion grounds) be denied and the petition be denied on the merits. (ECF No. 12). The Court received Petitioner's objections to the findings and recommendation, which indicated that Petitioner never received a copy of Respondent's response to the petition. (ECF No. 13 at 1).[1] Therefore, the Court vacated the findings and recommendation and ordered Petitioner to file a response to Respondent's motion to dismiss. (ECF No. 14).

Petitioner now moves to compel discovery and for a deposition. (ECF Nos. 15, 17). Respondent did not file a response within the twenty-one-day response period provided by the

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

local rules. See LR 230(l). However, the Court finds that a response from Respondent will assist the Court in this matter.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of the date of service of this order, Respondent shall file a response to Petitioner's motion to compel (ECF No. 15) and motion for deposition (ECF No. 17); and
2. Within fourteen (14) days of the date of service of the response, Petitioner may file a reply.

IT IS SO ORDERED.

Dated:   **July 11, 2022**                         /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE