1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10   SANTOSH RAM,

11              Petitioner,

12        v.

13   WARDEN,

14              Respondent.

15

Case No. 1:21-cv-01520-JLT-EPG-HC

ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITIONER'S MOTION FOR RECONSIDERATION

16       Petitioner Santosh Ram is a federal prisoner proceeding *pro se* with a petition for writ of

17   habeas corpus pursuant to 28 U.S.C. § 2241, which challenges a prison disciplinary proceeding

18   for assault on due process grounds, including sufficiency of the evidence.

19       The undersigned previously denied Petitioner's motion to compel discovery and for a

20   deposition. (ECF No. 21.) Petitioner subsequently filed a motion for reconsideration with respect

21   to his request for the CCTV footage of the incident, specifically alleging that the DHO's

22   description of the video "was inaccurate and false" because "[t]he video did not show any

23   strike"[1] and that he never made the statements relied upon by the DHO in finding that Petitioner

24   committed the acts as charged. (ECF No. 22 at 2, 3.)[2] Respondent did not file a response within

25   the twenty-one-day response period provided by the local rules. See LR 230(l). However, the

26   Court finds that a response from Respondent will assist the Court in this matter.

27

[1] Petitioner's allegation that the video did not show any strike would also contradict the incident report and the statements of the correctional officers involved.

28   [2] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

1       Accordingly, IT IS HEREBY ORDERED that within **fourteen (14) days** of the date of

2   service of this order, Respondent shall file a response to Petitioner's motion for reconsideration

3   (ECF No. 22). The response should address, *inter alia*, (1) whether Petitioner's allegations are

4   sufficient to satisfy the good cause standard articulated in <u>Bracy v. Gramley</u>, 520 U.S. 899

5   (1997), with regard to the CCTV footage, and (2) whether the video in question still exists and

6   can be obtained.

7

8   IT IS SO ORDERED.

9     Dated:   **November 7, 2022**           /s/ *Erica P. Grosjean*

10                                        UNITED STATES MAGISTRATE JUDGE

2