# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOSH RAM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No. 1:21-cv-01520-JLT-EPG-HC<br><br>ORDER DIRECTING CLERK OF COURT TO CORRECT PETITIONER'S ADDRESS AND RE-SERVE DOCUMENTS<br><br>ORDER SETTING BRIEFING SCHEDULE |

　　　　Petitioner Santosh Ram is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

　　　　On November 14, 2022, the Court received Petitioner's notice of change of address, which states that Petitioner "was released from BOP custody and handed over . . . to ICE for deportation to India" and is currently housed at the Florence Correctional Center in Arizona. (ECF No. 25.) On November 17, 2022, the Court issued an order to show cause ("OSC") why the petition should not be dismissed as moot, directing Petitioner to file a response within thirty days from the date of service of the order and allowing Respondent to file a reply within fourteen days from the date Petitioner's response is filed in CM/ECF. (ECF No. 26.)

　　　　On December 1, 2022, the OSC was returned as undeliverable. On December 8, 2022, the Court re-served the OSC, and again it was returned as undeliverable on December 19, 2022.

　　　　Upon close review of the docket, it appears there was a clerical error in updating Petitioner's address and one digit in the zip code was incorrect.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to correct Petitioner's address to:

   > Santosh Ram
   > A# 205 683 670
   > Florence Correctional Center
   > P.O. Box 6900
   > Florence, AZ 85**2**32

2. The Clerk of Court is DIRECTED to re-serve the OSC (ECF No. 26) at the address set forth above;

3. Within **THIRTY (30) days** from the date of service of this order, Petitioner SHALL FILE a response to the OSC; and

4. Respondent may file a reply to Petitioner's response within fourteen (14) days from the date Petitioner's response is filed in CM/ECF.

IT IS SO ORDERED.

Dated:  **January 9, 2023**          /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE