**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTOSH RAM,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>        Respondent. | No. 1:21-cv-01520-JLT-EPG (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, DENYING RESPONDENT'S MOTION TO DISMISS AS MOOT, DENYING PETITIONER'S MOTION FOR RECONSIDERATION AS MOOT, DENYING PETITIONER'S MOTION TO SUPPLEMENT AS MOOT, DENYING PETITIONER'S MOTION TO CONVERT, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 11, 22, 29, 36, 38) |

Santosh Ram is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The magistrate judge issued findings and recommendations that recommended dismissing the petition as moot along with denying Respondent's motion to dismiss and denying Petitioner's various motions. (Doc. 38.) Petitioner filed timely objections. (Doc. 39.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

    1. The findings and recommendations issued on April 25, 2023 (Doc. 38) are

1

1. **ADOPTED IN FULL**.
2. The petition for writ of habeas corpus is **DISMISSED** as moot.
3. Respondent's motion to dismiss (Doc. 11) is **DENIED** as moot.
4. Petitioner's motion for reconsideration and motion to supplement (Docs. 22, 29) are **DENIED** as moot.
5. Petitioner's motion to convert (Doc. 36) is **DENIED**.
6. The Clerk of Court is directed to **CLOSE THE CASE**.

IT IS SO ORDERED.

Dated:   **May 26, 2023**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE